E-Filed - JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SA CV 09-0576-GHK (JCx) | Date | July 10, 2009 |
|---|---|---|---|
| Title | *Sherman Properties, LLC v. Young Ho Chung, et al.* | | |

| Presiding: The Honorable | GEORGE H. KING, U. S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None  None

**Proceedings:**   **(In Chambers) Order Remanding Case**

On June 11, 2009, we ordered Defendants Young Ho Chung and Kyung He Chung (collectively "Defendants") to show cause why the above captioned case should not be remanded for lack of subject matter jurisdiction. Response to that Order to Show Cause ("OSC") was due by no later than June 23, 2009. The docket reflects that no such response has been timely filed, and that no extension was timely requested.

Pursuant to our OSC, Defendants are hereby **DEEMED** to have admitted that we lack subject matter jurisdiction over this case. Accordingly, this case is **REMANDED** to the state court from which it was removed. *See* 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Deputy Clerk | | Bea |